IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DANIEL WAYNE HALE, ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MONTANA, et al.,<br><br>Defendants. | CV-22-77-BU-BMM<br><br>**ORDER** |

Upon Plaintiff's Motion and Notice to Dismiss Complaint and All Claims Without Prejudice, (Doc. 20) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice with each party to bear their own fees and costs.

DATED this 18th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

-1-

Case 2:22-cv-00077-BMM     Document 21     Filed 01/18/23     Page 2 of 2